May 24, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF SHEILA M. WILLIAMS AND JEFF D. WILLIAMS

## NO. 14-15-00090-CV

_____

This cause, an appeal from a final decree of divorce, signed October 29, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in dividing appellant JEFF D. WILLIAMS's separate property as part of the marital estate. Accordingly, we **AFFIRM** the trial court's grant of divorce and dissolution of the marriage, and we sever the remainder of the judgment and **REVERSE** and **REMAND** for further proceedings in accordance with this court's opinion.

We order appellee SHEILA M. WILLIAMS to pay all costs incurred in this appeal.

We further order this decision certified below for observance.